BAR ASSOCIATION OF GREATER CLEVELAND *v.* CANALES.

[Cite as Bar Assn. v. Canales (1980), 62 Ohio St. 2d 207.]

(D.D. No. 80-7—Decided May 21, 1980.)

208

*Mr. Joseph W. Diemert, Jr.,* for relator.

*Per Curiam.* "One of the fundamental tenets of the professional responsibility of a lawyer is that he should maintain a degree of personal and professional integrity that meets the highest standard. The integrity of the profession can be maintained only if the conduct of the individual attorney is above

reproach.\*\*\*" *Cleveland Bar Assn.* v. *Stein* (1972), 29 Ohio St. 2d 77, 81.

Having reviewed the findings and recommendation of the board, it is found that respondent violated the above-cited provisions of the Code of Professional Responsibility.

It is the judgment of this court that respondent be indefinitely suspended from the practice of law.

*Judgment accordingly.*

CELEBREZZE, C. J., W. BROWN, P. BROWN, SWEENEY, LOCHER and HOLMES, JJ., concur.